UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60212-CIV-ROSENBERG/BRANNON

ELEPHANT GROUP INC.,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA;
AIG PROPERTY CASUALTY COMPANY,
f/k/a CHARTIS PROPERTY CASUALTY
COMPANY; and AMERICAN INTERNATIONAL
GROUP, INC., f/k/a CHARTIS, INC.,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1 of the Local Rules of Court for the Southern District of Florida, defendants National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), AIG Property Casualty Company ("AIGPCC"), and American International Group, Inc. ("AIG") move unopposed for an extension of time, through and including February 24, 2017, within which to answer or otherwise respond plaintiff's Complaint. As good cause therefore, defendants state the following:

1.    Plaintiff filed his Complaint on December 13, 2016. The Complaint alleges claims for declaratory judgment, breach of contract, and insurer bad faith arising from two professional liability insurance policies issued to plaintiff by defendant National Union. *See* Complaint at 11-20. The gravamen of the Complaint is that National Union allegedly failed to indemnify and defend plaintiff in a third-party complaint brought by ADT Security Services, Inc.

against plaintiff in October 2011, styled *Desai v. ADT Security Services, Inc.*, Case No. 1:11-cv-01925 (N.D. Ill.) (the "Underlying Action").

2. Service of the Complaint was received by National Union on December 27, 2016, by AIGPCC on December 27, 2016, and by AIG on December 30, 2016.

3. On January 12, 2017, plaintiff graciously agreed to provide defendants with an extension of time, through and including February 24, 2017, to respond to the Complaint.

4. On January 26, 2017, defendants filed a Notice of Removal removing this action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, to this Court. *See* ECF No. 1.

5. Pursuant to Federal Rule of Civil Procedure § 81(c)(2)(C), defendants' response to the Complaint is due to be filed on February 2, 2017, which is seven days after the Notice of Removal is filed.

6. Defendants respectfully request an extension of this response date to February 24, 2017, the date previously agreed upon by the parties. This request for extension is reasonable, and good cause exists therefore, because, in addition to reviewing and investigating the Complaint's allegations, undersigned defense counsel must also analyze the voluminous pleadings and materials relating to the Underlying Action. The Underlying Action contains more than 350 filings and was litigated for more than four and a half years. Defendants were not parties to the Underlying Action, and undersigned counsel was not in any way involved in that action. The requested extension will permit counsel for the defendants a reasonable amount of additional time to analyze the Complaint's allegations and prepare appropriate responses.

7. Furthermore, defendants request this extension due to the press of other matters on defense counsel, including substantial briefing obligations in federal and state court.

8. Undersigned counsel has conferred with plaintiff's counsel, and is authorized to report that plaintiff does not object to the relief sought.

9. This motion is made in good faith and with no other reasons than those stated above.

WHEREFORE, defendants move this Court to enter an Order granting defendants an extension of time to respond to plaintiff's Complaint in this matter, through and including February 24, 2017.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with plaintiff's counsel in a good faith effort to resolve the issues raised in the motion and states that plaintiff's counsel has graciously advised that plaintiff does not object to the relief sought in this Motion.

/s/ *Jason P. Kairalla*
Steven J. Brodie (Fla. Bar No. 333069)
sbrodie@carltonfields.com
Jason P. Kairalla (Fla. Bar No. 594601)
jkairalla@carltonfields.com
Daniel G. Enriquez (Fla. Bar No. 85864)
denriquez@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

>Scott A. Mager, Esq.
>scott@magerparuas.com
>Elizabeth Olivia Hueber, Esq.
>eohueber@gmail.com
>MAGER PARUAS, LLC
>First Floor
>2719 Hollywood Boulevard
>Hollywood, Florida 33020
>Telephone:  (954) 763-2800
>Facsimile:  (954) 653-4645
>
>*Attorneys for Plaintiff*
>*Elephant Group Inc.*

                                                /s/ *Jason P. Kairalla*

110073210